PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

FILED AUG 1 2005 BROOKLYN OFFICE
U.S. [DISTRICT COURT] E.D.N.Y

DOCKET NUMBER *(Tran. Court)*
01-CR-1162

DOCKET NUMBER *(Rec. Court)*

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Jose Luna, c/o Ditmas House<br>141 Northwest First Avenue<br>Dania Beach, Florida 33004 | Eastern District of New York | Brooklyn |

NAME OF SENTENCING JUDGE

The Honorable Reena Raggi, U.S. Circuit Judge

| DATES OF PROBATION/SUPERVISED RELEASE | FROM | TO |
|---|---|---|
| | 09/24/03 | 09/23/05 |

**OFFENSE**
21 U.S.C. 952(a) Importation of Cocaine, a Class C felony

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ____Eastern____ DISTRICT OF ____New York____

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the __Southern District of Florida__ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_June 14 2005_    s/Reena Raggi
*Date*             *United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF _____

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_July 7, 2005_    s/Alan S. Gold
*Effective Date*   *United States District Judge* ALAN S. GOLD